IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ADRIAN LAMAR HILEY                                                                                  PLAINTIFF
ADC #132442

v.                             CASE NO. 5:19-CV-00195 BSM

JAMIE DONALDSON, et al.                                                                          DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 13th day of December 2019.

_____
UNITED STATES DISTRICT JUDGE